■ THE PEOPLE OF THE STATE OF NEW YORK, v DAVID CANALES, RICARDO MILENS, ROBERTO JIMENEZ, ALI BRAY, and EDGAR SANCHEZ.—Motion to dismiss appeal of each defendant denied. *(See, People v Pollenz,* 67 NY2d 264; *People v Mugavero,* 67 NY2d 264.)* Concur—Murphy, P. J., Carro, Milonas, Ellerin and Wallach, JJ.